**FILED**

SEP 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DALE L. MIESEN,<br><br> Plaintiff - Appellant,<br><br>v.<br><br>R. JOHN TAYLOR; et al.,<br><br> Defendants - Appellees. | No. 25-3552<br><br>D.C. No. 1:10-cv-00404-DCN<br>District of Idaho, Boise<br><br>ORDER |
| DALE L. MIESEN,<br><br> Plaintiff - Appellant,<br><br>v.<br><br>R. JOHN TAYLOR; et al.,<br><br> Defendants - Appellees,<br><br>v.<br><br>REED J. TAYLOR,<br><br> Third-pty-defendant - Appellee. | No. 25-3800<br>D.C. No. 1:10-cv-00404-DCN<br>District of Idaho, Boise |

On August 19, 2025, the district court entered a second amended judgment under Federal Rule of Civil Procedure 54(b) and expressly determined there was "no just reason for delay." Appellant has filed an amended notice of appeal. The unopposed motion (Docket Entry No. 12) to lift the stay is granted.

The consolidated opening brief is due October 6, 2025. The answering briefs are due November 5, 2025. The optional consolidated reply brief is due 21 days after the answering briefs are served.

The court prefers joint briefs where possible. *See* Circuit Advisory Committee Note to Ninth Circuit Rule 32-2.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT