**Consolidated Case Nos. 25-3552 and 25-3800**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.,

**Plaintiff-Appellant**,

v.

R. JOHN TAYLOR, an individual, CONNIE TAYLOR HENDERSON, an individual, JAMES BECK, an individual, MICHAEL W. CASHMAN, SR., an individual, CROP USA INSURANCE AGENCY, INC., an Idaho corporation, CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company, AIA SERVICES CORPORATION, an Idaho corporation, AND AIA INSURANCE, INC., an Idaho corporation,

**Defendants-Appellees**,

and

Reed J. Taylor, an individual,

**Third-Party Defendant-Appellee.**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO,
CHIEF DISTRICT COURT JUDGE DAVID C. NYE, PRESIDING

**APPELLANT'S EXCERPTS OF THE RECORD – INDEX**

Roderick C. Bond
Roderick Bond Law Office, PLLC
10900 NE 4th St., Suite 2300
Bellevue, WA 98004
Tel: (425) 591-6903
Email: rod@roderickbond.com
Attorney for Appellant

Andrew Schwam
Andrew Schwam Law Firm
705 SW Fountain St.
Pullman, WA 99163-2128
Tel: (208) 874-3684
Email: amschwam@turbonet.com
Attorney for Appellant

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| **VOLUME - 1** | | | |
| Judge Boyle's Order granting the defendants' motions to dismiss in part and denying the motions to dismiss in part | 6/29/11 | 46 | 1-ER-2–5 |
| Judge Dale's Memorandum Decision and Order Re: (1) denying Hawley Troxell's Motion to Dismiss as MOOT; (2) granting Miesen's motion to dismiss Donna Taylor (Dkt. 139); (3) granting GemCap's Motion to Intervene and Seal (Dkt. 141); and (4) denying Miesen's Motion to Strike | 10/31/16 | 178 | 1-ER-6–19 |
| Judge Dale's Memorandum Decision and Order Re: [(1) granting in part and denying in part Miesen's Motion to Amend Complaint (Dkt. 182) rejecting challenges to the 2016 demand letters and (2) granting in part and denying in part Defendants' Motion to Strike the Declaration of Richard McDermott (Dkt. 196)] | 4/21/17 | 210 | 1-ER-20–57 |
| Judge Dale's Memorandum Decision and Order (Dkt. 241; Dkt. 220) [granting in part and denying in part GemCap's motion to dismiss] | 9/26/17 | 263 | 1-ER-58–77 |
| Judge Dale's Order Re: Motion to Modify Case Management Order Deadlines (Dkt. 989) | 7/30/20 | 1024 | 1-ER-78–80 |
| Judge Nye's Memorandum Decision and Order Regarding Two Motions (Dkts. 1068, 1069) [Excluding McDermott as an Expert Witness] | 5/12/21 | 1112 | 1-ER-81–93 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Judge Nye's Memorandum Decision and Order Regarding Two Motions (Dkts. 1115, 1116) [Denying Miesen's Motion to Reconsider re the Exclusion of McDermott] | 7/22/21 | 1123 | 1-ER-94–98 |
| Judge Nye's Memorandum Decision and Order [denying Miesen's motion to certify questions and dismissing Miesen's derivative claims because the demands were inadequate] | 5/5/22 | 1203 | 1-ER-99–150 |
| Judge Nye's Order [directing additional briefing on whether Miesen has any direct claims] | 8/9/22 | 1238 | 1-ER-151–156 |
| Judge Nye's Text Order [denying as moot Miesen's motion to expedite] | 4/4/24 | 1293 | 1-ER-157–158 |
| Judge Nye's Memorandum Decision and Order [granting judgment on the pleadings to dismiss Miesen's direct claims] | 5/27/25 | 1301 | 1-ER-159–175 |
| Judge Nye's Second Amended Judgment | 8/18/25 | 1335 | 1-ER-176–177 |
| **VOLUME - 2** | | | |
| Complaint | 8/11/10 | 1 | 2-ER-179–228 |
| Ex. J – Notice of special shareholders' meeting re sale of CropUSA assets | 8/11/10 | 1-11 | 2-ER-229–230 |
| Memorandum in Support of Motion to Dismiss or, in the Alternative, for Stay of Action | 10/25/10 | 12-1 | 2-ER-231–250 |
| Ex. B – Reed's Fifth Amended Complaint | 10/25/10 | 12-3 | 2-ER-251–296 |
| Exs. N-P - 2008 demand, petition for court inquiry and Reed's response | 10/25/10 | 12-9 | 2-ER-297–315 |
| Exs. EE-FF - Donna's two complaints re her direct actions | 10/25/10 | 12-15 | 2-ER-316–335 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Memorandum in Support of the Hudson Defendants' Motion to Dismiss | 10/25/10 | 14-1 | 2-ER-336–388 |
| Risley's Memorandum in Support of Motion to Dismiss | 11/1/10 | 17 | 2-ER-389–407 |
| All Parties Consent to Magistrate | 3/21/11 | 43 | 2-ER-408–410 |
| Bond Notice of Appearance and Response in Opposition to Motion to Dismiss | 3/18/12 | 58 | 2-ER-411–413 |
| Memorandum of Law in Support of Motion to Lift Stay | 7/30/12 | 63 | 2-ER-414–433 |
| Affidavit of Jerry A. Legg | 7/30/12 | 64 | 2-ER-434–438 |
| Affidavit of Dale L. Miesen | 7/30/12 | 65 | 2-ER-439–445 |
| Affidavit of Lee Ann Hostetler | 7/30/12 | 66 | 2-ER-446–453 |
| Ex. A - Randall Hurley Statement | 7/30/12 | 66-1 | 2-ER-454–454 |
| Ex. C - Reverse Stock Split Documents | 7/30/12 | 66-3 | 2-ER-455–472 |
| **VOLUME - 3** | | | |
| Ex. 1 to Bond Affidavit – Reed and Donna's Divorce Documents | 7/30/12 | 67-1 | 3-ER-474–542 |
| Ex. 5 – Limited to Ex. E of Reed's 2009 Affidavit | 7/30/12 | 67-5 | 3-ER-543–601 |
| Ex. 6 – Investment Agreement [Reed's 2008 Affidavit Ex. E] | 7/30/12 | 67-6 | 3-ER-602–642 |
| Ex. 7 - 1995 Eberle Opinion Letter | 7/30/12 | 67-7 | 3-ER-643–656 |
| Ex. 8 – John's Executive Officer's Agreement | 7/30/12 | 67-8 | 3-ER-657–665 |
| Ex. 54 – Beck's 2005 Email on a crime | 7/30/12 | 67-54 | 3-ER-666–666 |
| Ex. 56 – 2001 Exit Strategy Letter | 7/30/12 | 67-56 | 3-ER-667–668 |
| Ex. 57 - Transmittal Letter re C Share Exchange with CropUSA | 7/30/12 | 67-57 | 3-ER-669–675 |
| Ex. 59 - Trustmark $1.5 million accounting documents | 7/30/12 | 67-59 | 3-ER-676–679 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Ex. 60 - America West Statement re Trustmark Money | 7/30/12 | 67-60 | 3-ER-680–680 |
| Ex. 65 - CropUSA Name Change with SOS | 7/30/12 | 67-65 | 3-ER-681–682 |
| Ex. 66 - AIA 2000 Business Plan re crop insurance | 7/30/12 | 67-66 | 3-ER-683–686 |
| Ex. 68 – AIA's 1996-2007 Shareholder Lists | 7/30/12 | 67-68 | 3-ER-687–700 |
| **VOLUME - 4** | | | |
| Ex. T – Amended Complaint in AIA v. Durant | 12/312 | 83-15 | 4-ER-702–781 |
| Ex. A – Judge Kerrick's Decision | 5/2/13 | 86-1 | 4-ER-782–797 |
| Text Order Reassigning Case to Another Magistrate | 12/16/13 | 101 | 4-ER-798–798 |
| 9th Circuit Memorandum Decision | 12/30/15 | 105 | 4-ER-799–802 |
| Judge Dale's Order lifting the stay and setting status conference | 2/2/16 | 112 | 4-ER-803–803 |
| Notice of Substitution of Counsel - Bond for Miesen | 3/23/16 | 122 | 4-ER-804–806 |
| Bond Declaration re Litigation Plan | 4/26/16 | 128 | 4-ER-807–863 |
| Order Granting Motion to Amend and Order Denying as Moot Dismissal of RICO | 6/14/16 | 136 | 4-ER-864–865 |
| Second Amended Complaint | 6/20/16 | 137 | 4-ER-866–923 |
| Defendants' Memorandum in Support of Motion to Dismiss Re Jurisdiction | 6/21/16 | 138-1 | 4-ER-924–938 |
| **VOLUME - 5** | | | |
| Miesen's Memorandum of Law in Support of Motion to Amend and Dismiss | 7/15/16 | 139-1 | 5-ER-940–959 |
| Proposed Third Amended Complaint | 7/15/16 | 139-2 | 5-ER-960–1019 |
| GemCap's Motion to Intervene | 7/18/16 | 141 | 5-ER-1020–1022 |
| Donna Taylor Declaration | 8/12/16 | 152 | 5-ER-1023–1032 |
| January 95 Letter Agreement | 8/12/16 | 152-1 | 5-ER-1033–1035 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Riley March 95 Letter | 8/12/16 | 152-2 | 5-ER-1036–1036 |
| Durant Appointment | 8/12/16 | 152-4 | 5-ER-1037–1037 |
| Ex. 3 Joint Response in Consolidated Cases | 8/12/16 | 153-3 | 5-ER-1038–1054 |
| Ex. A – AIA v. Durant Judgement | 9/1/16 | 168-2 | 5-ER-1055–1057 |
| Memorandum of Law in Support of Third Motion to Amend | 11/4/16 | 182-1 | 5-ER-1058–1063 |
| Ex. A – Proposed Third Amended Complaint | 11/4/16 | 182-2 | 5-ER-1064–1147 |
| Individual Defendants' Response to Motion to Amend | 11/28/16 | 185 | 5-ER-1148–1166 |
| John Taylor Declaration | 11/28/16 | 186 | 5-ER-1167–1169 |
| Ex. A – Bond June 2016 Demand Letter | 11/28/16 | 186-1 | 5-ER-1170–1180 |
| Ex. B – Bond August 2016 Demand Letter | 11/28/16 | 186-2 | 5-ER-1181–1193 |
| Ex. C – John's Response Letter | 11/28/16 | 186-3 | 5-ER-1194–1195 |
| Order re Hawley Troxell's Answer Due Date | 12/5/16 | 190 | 5-ER-1196–1197 |
| **VOLUME - 6** | | | |
| Ex. C – GemCap's complaint re fraudulent conveyances | 1/5/17 | 194-4 | 6-ER-1199–1261 |
| McDermott Declaration | 1/5/17 | 194-6 | 6-ER-1262–1270 |
| Corrected Reply in Support of Motion to Amend | 1/6/17 | 195-1 | 6-ER-1271–1283 |
| Third Amended Complaint | 4/24/17 | 211 | 6-ER-1284–1367 |
| Individual and CropUSA Defendants' Answer | 5/8/17 | 215 | 6-ER-1368–1397 |
| Individual Defendants' and CropUSA's Third Party Complaint | 5/22/17 | 218 | 6-ER-1398–1407 |
| GemCap's Memorandum in Support of Motion to Dismiss | 5/26/17 | 220-1 | 6-ER-1408–1426 |
| **VOLUME - 7** | | | |
| Ex. A, Part 1 – GemCap Complaint in California | 7/30/13 | 229-2 | 7-ER-1428–1512 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Ex. A, Part II – GemCap Complaint in California | 7/30/13 | 229-3 | 7-ER-1513–1586 |
| Ex. E – Iowa Court Decision | 6/30/17 | 229-7 | 7-ER-1587–1600 |
| Miesen's Amended Memorandum in Opposition to GemCap's Motion to Dismiss | 7/1/17 | 230 | 7-ER-1601–1621 |
| All Parties Consent to Magistrate | 6/26/17 | 231 | 7-ER-1622–1623 |
| GemCap's Reply in Support of Motion to Dismiss | 7/20/17 | 243 | 7-ER-1624–1635 |
| Reed's Amended Answer and Counterclaims | 10/31/17 | 276 | 7-ER-1636–1664 |
| **VOLUME - 8** | | | |
| GemCap's Amended Answer and Crossclaim | 11/15/17 | 283 | 8-ER-1666–1818 |
| GemCap's Third Party Complaint against Quarles & Brady and Crumb & Munding | 11/21/17 | 288 | 8-ER-1819–1830 |
| AIA's Answer to GemCap's Cross Claim and Cross Claims against GemCap | 12/4/17 | 292 | 8-ER-1831–1839 |
| AIA's Answer to Third Amended Complaint | 4/7/18 | 366 | 8-ER-1840–1875 |
| Order on Quarles and Munding's Motion to Dismiss | 5/31/18 | 391 | 8-ER-1876–1902 |
| McDermott Declaration | 7/2/18 | 403-2 | 8-ER-1903–1920 |
| Order Granting Miesen's Motion for Rule 56(d) Relief | 7/6/18 | 408 | 8-ER-1921–1925 |
| McDermott Declaration | 8/6/18 | 419-16 | 8-ER-1926–1949 |
| McDermott Declaration | 12/5/18 | 493-2 | 8-ER-1950–1954 |
| Glynn's Notice of Appearance for AIA | 1/8/19 | 515 | 8-ER-1955–1956 |
| Notice Substitution of Counsel - Glynn and Martelle | 4/1/19 | 545 | 8-ER-1957–1959 |
| **VOLUME - 9** | | | |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Memorandum in Support of Motion to Strike, Convert, Stay, Extend Time | 5/7/19 | 556-1 | 9-ER-1961–1984 |
| Glynn's Motion to Withdraw for AIA Entities | 5/8/19 | 557 | 9-ER-1985–1987 |
| Ex. C - Judgment against AIA in GemCap v. CropUSA, et al | 5/28/19 | 573-3 | 9-ER-1988–1990 |
| Miesen's Memorandum in Support of Motion to Strike, Convert, Stay, Extend Time | 5/28/19 | 576-1 | 9-ER-1991–2013 |
| Memorandum in Support of Sixth Motion to Compel re John Taylor | 6/5/19 | 583-1 | 9-ER-2014–2038 |
| Order Dismissing Duclos & permitting Glynn to withdraw | 8/6/19 | 670 | 9-ER-2039–2047 |
| Order Granting Glynn's Motion to Withdraw | 9/12/19 | 691 | 9-ER-2048–2049 |
| Discovery Master Order No. 16 re John Taylor | 9/17/19 | 692 | 9-ER-2050–2065 |
| Order re Mediation Fee Allocation | 9/18/19 | 694 | 9-ER-2066–2070 |
| McDermott Declaration | 12/18/19 | 758-2 | 9-ER-2071–2083 |
| McDermott Declaration | 1/6/20 | 783-2 | 9-ER-2084–2134 |
| Ex. 4 - Select pages of HTEH's privileged documents contained in Ex. 4 | 1/6/20 | 783-11 | 9-ER-2135–2146 |
| Discovery Master Order on Miesen and Reed's Motion to Depose Riley Again | 1/10/20 | 799 | 9-ER-2147–2152 |
| McDermott Declaration | 1/27/20 | 829-1 | 9-ER-2153–2159 |
| McDermott Declaration | 2/7/20 | 838-3 | 9-ER-2160–2163 |
| Memorandum in Support of Miesen's 8th Motion to compel re AIA | 3/3/20 | 867-1 | 9-ER-2164–2170 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Memorandum in Support of Miesen's Motion for Additional Deposition Days and Sanctions re John Taylor | 4/13/20 | 914-1 | 9-ER-2171–2196 |
| Discovery Master Superseding Order No. 30 - 8th Motion to Compel | 5/6/20 | 939 | 9-ER-2197–2207 |
| Ex. A - Donna's Appointment of Moran | 5/8/20 | 941-10 | 9-ER-2208–2209 |
| Discovery Master Order Order No. 33 - Deposing John Again | 5/20/20 | 953 | 9-ER-2210–2225 |
| Reed's Memorandum in Support of Motion for Advancement of Fees and Costs | 1/21/21 | 1057 | 9-ER-2226–2235 |
| **VOLUME - 10** | | | |
| HTEH's Memorandum in Support of Motion to Dismiss re Derivative Demands | 1/29/21 | 1067-1 | 10-ER-2237–2256 |
| HTEH's Memorandum in Support of Motion to Exclude McDermott re Advocate | 1/29/21 | 1068-1 | 10-ER-2257–2277 |
| Ipsen Declaration | 1/29/21 | 1070 | 10-ER-2278–2287 |
| Ex. B - McDermott Transcripts | 1/29/21 | 1070-2 | 10-ER-2288–2328 |
| Judge Nye's Order on Briefing Schedule and Motions | 2/1/21 | 1089 | 10-ER-2329–2332 |
| Glynn Group's Joinder to HTEH's Motion to Dismiss re Derivative Demand Letters | 2/1/21 | 1090 | 10-ER-2333–2335 |
| Glynn's Response to Reed's Application for Advancement of Fees | 2/11/21 | 1094 | 10-ER-2336–2349 |
| Miesen's Response to HTEH's Motion to Exclude McDermott re Advocate | 2/20/21 | 1097 | 10-ER-2350–2373 |
| Miesen Declaration | 2/20/21 | 1098 | 10-ER-2374–2388 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Ex. D - Series C Share Allocations to 401(k) Plan Participants | 2/20/21 | 1098-4 | 10-ER-2389–2390 |
| Ex. F - ESOP Participants with Number of Shares Held | 2/20/21 | 1098-6 | 10-ER-2391–2391 |
| Ex. G - AIA Services' 2019 Shareholder List | 2/20/21 | 1098-7 | 10-ER-2392–2392 |
| **VOLUME - 11** | | | |
| McDermott Declaration | 2/20/21 | 1099 | 11-ER-2394–2417 |
| Ex. 1 – Part 1 of 4 of McDermott's Report | 2/20/21 | 1099-1 | 11-ER-2418–2690 |
| **VOLUME - 12** | | | |
| Ex. 1 - Part 2 of 4 of McDermott's Report | 2/20/21 | 1099-1 | 12-ER-2692–2990 |
| **VOLUME - 13** | | | |
| Ex. 1 - Part 3 of 4 of McDermott's Report | 2/20/21 | 1099-1 | 13-ER-2992–3257 |
| **VOLUME - 14** | | | |
| Ex. 1 - Part 4 of 4 of McDermott's Report | 2/20/21 | 1099-1 | 14-ER-3259–3299 |
| Ex. 3 - McDermott's Declaration in Reed Taylor v. Bell with Affidavit in Reed Taylor v. Riley attached | 2/20/21 | 1099-3 | 14-ER-3300–3336 |
| Ex. 4 - McDermott's Declaration - Donna Taylor v. Taylor | 2/20/21 | 1099-4 | 14-ER-3337–3363 |
| Bond Declaration | 2/20/21 | 1100 | 14-ER-3364–3379 |
| Ex. A - McDermott's Transcripts [ First Two Days ] | 2/20/21 | 1100-1 | 14-ER-3380–3417 |
| Ex. B - McDermott's Transcripts [ Third Day ] | 2/20/21 | 1100-2 | 14-ER-3418–3440 |
| Ex. K - Ledger re Payments to McDermott | 2/20/21 | 1100-11 | 14-ER-3441–3441 |
| HTEH's Reply in Support of Motion to Exclude McDermott - Advocate | 35/21 | 1106 | 14-ER-3442–3452 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Schwam Notice of Association and Appearance of Co-Counsel | 5/26/21 | 1114 | 14-ER-3453–3456 |
| Memorandum in Support of Miesen's Motion to Reconsider Excluding of McDermott | 5/26/21 | 1115-1 | 14-ER-3457–3480 |
| HTEH's Response to Miesen's Motion to Reconsider | 6/16/21 | 1117 | 14-ER-3481–3492 |
| Glynn's Joinder to HTEH's Response to Miesen's Motion to Reconsider | 6/16/21 | 1118 | 14-ER-3493–3495 |
| Miesen's Reply in Support of Motion to Reconsider re McDermott and Oral Argument | 6/30/21 | 1120 | 14-ER-3496–3507 |
| Judge Nye's Order Setting Briefing on HTEH and GemCap's Motions to Dismiss | 7/15/21 | 1122 | 14-ER-3508–3510 |
| Miesen's Response to Motion and Joinder re Adequacy of Derivative Demands | 8/6/21 | 1131 | 14-ER-3511–3547 |
| App. A - July 21, 2008 Derivative Demand | 8/6/21 | 1131-2 | 14-ER-3548–3551 |
| App. B - April 3, 2012 Derivative Demand | 8/6/21 | 1131-3 | 14-ER-3552–3552 |
| **VOLUME - 15** | | | |
| App. C - July 2012 Derivative Demands by 14 Shareholders with Incorporated 1st amended complaint | 8/6/21 | 1131-4 | 15-ER-3554–3652 |
| App. D - June 13, 2016 Derivative Demand with Incorporated proposed amended complaint attached | 8/6/21 | 1131-5 | 15-ER-3653–3721 |
| App. E - August 23, 2016 Derivative Demand with Incorporated proposed amended complaints attached | 8/6/21 | 1131-6 | 15-ER-3722–3852 |
| **VOLUME - 16** | | | |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| App. F - September 12, 2016 John Taylor Unauthorized Response Letter | 8/6/21 | 1131-7 | 16-ER-3854–3855 |
| App. I - AIA Services' Amended Articles of Incorporation | 8/6/21 | 1131-10 | 16-ER-3856–3872 |
| App. J - AIA Services' Restated Bylaws | 8/6/21 | 1131-11 | 16-ER-3873–3895 |
| App. K - John Taylor's Bar Information | 8/6/21 | 1131-12 | 16-ER-3896–3896 |
| App. L - Connie Henderson's Bar Information | 8/6/21 | 1131-13 | 16-ER-3897–3897 |
| App. M - Unpublished Order Granting Motion to Dismiss in Miesen v. Munding | 8/6/21 | 1131-14 | 16-ER-3898–3917 |
| App. N - Unpublished 9th Circuit Memorandum in Miesen v. Munding | 8/6/21 | 1131-15 | 16-ER-3918–3923 |
| App. O - Idaho Code section 30-1-742 with ABA Comments | 8/6/21 | 1131-16 | 16-ER-3924–3927 |
| App. P - California Corporation Code section 800 | 8/6/21 | 1131-17 | 16-ER-3928–3930 |
| App. Q - August 18, 2008 Petition for Court Appointed Inquiry for July 21, 2008 | 8/6/21 | 1131-18 | 16-ER-3931–3937 |
| App. R - 5th Amended Complaint in Taylor v. AIA Services | 8/6/21 | 1131-19 | 16-ER-3938–3983 |
| HTEH's Reply ISO Motion to Dismiss re Derivative Demands | 8/20/21 | 1138 | 16-ER-3984–4095 |
| Memorandum in Support of Miesen's Motion to Certify Questions to the Idaho Supreme Court or to Decide Questions | 8/27/21 | 1148-1 | 16-ER-4096–4119 |
| **VOLUME - 17** | | | |
| Miesen's Amended Request to Take Judicial Notice of John's January 2021 Affidavit and Exhibits O & S | 9/10/21 | 1153 | 17-ER-4121–4125 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Appendix S - John's January 2021 Affidavit and Exhibits O & S | 9/10/21 | 1153-1 | 17-ER-4126–4191 |
| HTEH's Response to Motion to Certify Questions to Idaho Supreme Court | 9/16/21 | 1159 | 17-ER-4192–4211 |
| HTEH's Response to Miesen's Request for Judicial Notice re John's Affidavit | 9/24/21 | 1163 | 17-ER-4212–4216 |
| Miesen's Reply in Support of Motion to Certify Questions | 9/30/21 | 1165 | 17-ER-4217–4230 |
| Miesen's Objection to Stipulation and Proposed Order and Judgment | 10/5/21 | 1167 | 17-ER-4231–4247 |
| Ex. D - Stipulation to Dismiss Appeal and Disburse Funds | 10/5/21 | 1167-5 | 17-ER-4248–4250 |
| Ex. E - Stipulation to Dismiss CropUSA v. GemCap | 10/5/21 | 1167-6 | 17-ER-4251–4252 |
| Ex. H - Judge Brudie's Trial Ruling in GemCap v. AIA | 10/5/21 | 1167-9 | 17-ER-4253–4264 |
| Miesen's Reply in Support of Judicial Notice and Request for Judicial Notice re Demand motions | 10/8/21 | 1170 | 17-ER-4265–4270 |
| Trout's Notice of Appearance | 12/22/21 | 1184 | 17-ER-4271–4272 |
| Judge Nye's Order Dismissing Cross Claims re GemCap | 1/19/22 | 1191 | 17-ER-4273–4274 |
| Judge Nye's Order re Motion to Appeal, Substitute and Lessor Sanctions | 2/9/22 | 1197 | 17-ER-4275–4295 |
| Trout & Glynn's Joint Response to Reed's Fee Advancement Request | 2/18/22 | 1198 | 17-ER-4296–4304 |
| Court Minutes re Motions to Dismiss and to Certify Questions | 39/22 | 1202 | 17-ER-4305–4305 |
| Miesen's Status Report | 5/19/22 | 1208 | 17-ER-4306–4311 |
| AIA's Status Report | 5/19/22 | 1209 | 17-ER-4312–4314 |
| Glynn's Status Report | 5/19/22 | 1211 | 17-ER-4315–4320 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Judge Nye's Order Approving Settlement Agreement with the Hawley Troxell Defendants | 8/4/22 | 1235 | 17-ER-4321–4329 |
| Rule 54(b) Judgment as to Hawley Troxell Defendants | 8/4/22 | 1236 | 17-ER-4330–4330 |
| Glynn and AIA's Memorandum Re Direct v. Derivative Claims | 8/11/22 | 1239 | 17-ER-4331–4349 |
| Memorandum in Support of Motion to Approve Settlement with GemCap | 8/11/22 | 1240-1 | 17-ER-4350–4360 |
| Bond Declaration | 8/11/22 | 1240-2 | 17-ER-4361–4372 |
| Ex. 1 - Stipulated Settlement with GemCap | 8/11/22 | 1240-3 | 17-ER-4373–4397 |
| Schwam Declaration | 8/11/22 | 1240-4 | 17-ER-4398–4401 |
| Judge Nye's Order to Deposit $1,400,000 in Federal Registry | 8/16/22 | 1241 | 17-ER-4402–4402 |
| **VOLUME - 18** | | | |
| Memorandum in Support of Miesen's Motion for Fees and Costs | 8/18/22 | 1242-1 | 18-ER-4404–4425 |
| Bond Declaration | 8/18/22 | 1242-2 | 18-ER-4426–4466 |
| Ex. A - Settlement Agreement with HTEH Defendants | 8/18/22 | 1242-3 | 18-ER-4467–4513 |
| Ex. B - AIA Services' financial statements dated Dec. 31, 2021 | 8/18/22 | 1242-4 | 18-ER-4514–4517 |
| Ex. C - Costs | 8/18/22 | 1242-5 | 18-ER-4518–4519 |
| Order Denying Miesen's Motion to Extend Time | 8/26/22 | 1245 | 18-ER-4520–4524 |
| Miesen's Response to Glynn and Trout's Joint Memorandum re Remaining Claims | 9/1/22 | 1248 | 18-ER-4525–4548 |
| Glynn's Response to Miesen's Motion for Fees and Costs | 9/8/22 | 1252 | 18-ER-4549–4574 |
| Glynn and Trout's Reply re Direct and Derivative Claims | 9/15/22 | 1254 | 18-ER-4575–4585 |
| Miesen Declaration | 9/15/22 | 1255-9 | 18-ER-4586–4592 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| GemCap's Notice of Change of Name | 9/21/22 | 1256 | 18-ER-4593–4593 |
| GemCap's Amended Notice of Bankruptcy Filing | 9/21/22 | 1259 | 18-ER-4594–4595 |
| Miesen's Reply in Support of Motion for Fees and Costs | 9/22/22 | 1260 | 18-ER-4596–4617 |
| Bond Declaration | 9/22/22 | 1260-1 | 18-ER-4618–4632 |
| Ex. 2 - Written Board Decisions | 9/22/22 | 1260-3 | 18-ER-4633–4696 |
| **VOLUME - 19** | | | |
| Ex. 3 - AIA Entities' Shareholder Minutes | 9/22/22 | 1260-4 | 19-ER-4698–4729 |
| Ex. 4 - AIA Entities' Bylaws and Amended Bylaws | 9/22/22 | 1260-5 | 19-ER-4730–4820 |
| Ex. 5 - 2014 Bond Letter to Inspect Records | 9/22/22 | 1260-6 | 19-ER-4821–4823 |
| Ex. 6 - 2016 Bond Letter to Inspect Records | 9/22/22 | 1260-7 | 19-ER-4824–4832 |
| Ex. 7 - Select pages of Miesen's 4th Amended Responses to HTEH Discovery | 9/22/22 | 1260-8 | 19-ER-4833–4851 |
| Ex. 8 - 9-9-2021 Deptartment of Labor ERISA Violations against John | 9/22/22 | 1260-9 | 19-ER-4852–4853 |
| Ex. 12 - 2008 Amended Tolling Agreement | 9/22/22 | 1260-13 | 19-ER-4854–4863 |
| Ex. 13 - Brudie's 2021 Opinion Granting Partial S.J. to Donna | 9/22/22 | 1260-14 | 19-ER-4864–4870 |
| Miesen's Declaration | 9/22/22 | 1260-15 | 19-ER-4871–4882 |
| Memorandum in Support of Miesen's Motion for Sur-Reply to Dkt. 1254 | 9/26/22 | 1262-1 | 19-ER-4883–4889 |
| App. A - Miesen's Sur-Reply | 9/26/22 | 1262-2 | 19-ER-4890–4900 |
| Bond Declaration | 9/26/22 | 1262-3 | 19-ER-4901–4904 |
| Memorandum in Support of Motion re Inapplicability of Bankruptcy Stay | 6/9/23 | 1272-1 | 19-ER-4905–4927 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| App. 1 - Emails with Judge Nye's Law Clerk | 6/9/23 | 1272-2 | 19-ER-4928–4930 |
| Reed's request for status conference for briefing schedule | 11/16/23 | 1281 | 19-ER-4931–4935 |
| Memorandum in Support of Miesen's Motion to Expedite the Case | 2/8/24 | 1282-1 | 19-ER-4936–4959 |
| Bond Declaration | 2/8/24 | 1282-2 | 19-ER-4960–4967 |
| Ex. A - Complaint in CropUSA v. GemCap | 2/8/24 | 1282-3 | 19-ER-4968–4976 |
| Ex. B - Trout's Redacted Billing Statements | 2/8/24 | 1282-4 | 19-ER-4977–4988 |
| Order Approving GemCap Settlement Agreement | 326/24 | 1289 | 19-ER-4989–4995 |
| Rule 54(b) Judgment Dismissing GemCap | 326/24 | 1290 | 19-ER-4996–4996 |
| **VOLUME - 20** | | | |
| Petition for Writ of Mandamus | 1/27/25 | 1295 | 20-ER-4998–5092 |
| 9th Circuit Order Denying Petition for Writ of Mandamus | 2/26/25 | 1299 | 20-ER-5093–5094 |
| Miesen's Request for a Rule 54(b) Judgment | 5/27/25 | 1302 | 20-ER-5095–5098 |
| Judgment Dismissing Miesen's Claims | 5/28/25 | 1305 | 20-ER-5099–5100 |
| Memorandum in Support of Reed's motion to correct judgment | 6/2/25 | 1308 | 20-ER-5101–5104 |
| Miesen's Response to Reed's Motion to Amend Judgment | 6/325 | 1311 | 20-ER-5105–5108 |
| Memorandum in Support of Glynn & Trout's Motion for Fees and Costs | 6/11/25 | 1314-1 | 20-ER-5109–5125 |
| Trout Declaration | 6/11/25 | 1314-2 | 20-ER-5126–5137 |
| Glynn Declaration | 6/11/25 | 1314-3 | 20-ER-5138–5144 |
| Memorandum in Support of 2nd Motion to Approve Fees and Costs | 6/11/25 | 1315-1 | 20-ER-5145–5166 |
| Bond Declaration | 6/11/25 | 1315-2 | 20-ER-5167–5208 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Ex. D - CHRIS settlement funds statement | 6/11/25 | 1315-6 | 20-ER-5209–5209 |
| Ex. D - Miesen's Costs | 6/11/25 | 1315-7 | 20-ER-5210–5211 |
| Judge Nye's Order Granting Reed Taylor's Motion to Amend Judgment | 6/13/25 | 1316 | 20-ER-5212–5214 |
| Amended Judgment Dismissing Miesen's Claims and Third Party | 6/13/25 | 1317 | 20-ER-5215–5216 |
| Miesen's Amended Notice of Appeal | 6/13/25 | 1318 | 20-ER-5217–5219 |
| Glynn and Trout's Response to Miesen's 2nd Motion for Fees | 7/2/25 | 1323 | 20-ER-5220–5243 |
| Miesen's Response to Joint Motion for Fees and Costs | 7/2/25 | 1324 | 20-ER-5244–5267 |
| App. A - Chart of Motions and Results | 7/2/25 | 1324-1 | 20-ER-5268–5270 |
| Ex. A - Select pages of Miesen's Supplemental Dx Responses to GemCap | 7/2/25 | 1324-3 | 20-ER-5271–5278 |
| **VOLUME - 21** | | | |
| Reed's Notice of Withdrawal of Motion for Partial S.J | 7/10/25 | 1325 | 21-ER-5280–5285 |
| Reed's Request for Status Conference to Schedule Trial Date | 7/10/25 | 1326 | 21-ER-5286–5288 |
| Glynn and Trout's Reply in Support of Joint Motion for Fees and Costs | 7/16/25 | 1328 | 21-ER-5289–5299 |
| App. A - Chart of Cases | 7/16/25 | 1330-1 | 21-ER-5300–5302 |
| Ex. 1 - Complaint in AmericanWest v. Bolland, et al | 7/16/25 | 1330-3 | 21-ER-5303–5310 |
| Ex. 2 - Tribune Article on PERC loan owed to AmericanWest | 7/16/25 | 1330-4 | 21-ER-5311–5312 |
| Ex. 4 - PERC Tax Lien | 7/16/25 | 1330-6 | 21-ER-5313–5313 |
| Ex. 9 - Order granting S.J in John v. US | 7/16/25 | 1330-11 | 21-ER-5314–5321 |
| Ex. 13 - PERC Promissory Notes | 7/16/25 | 1330-15 | 21-ER-5322–5344 |
| Ex. 14 - PERC shareholder list | 7/16/25 | 1330-16 | 21-ER-5345–5345 |
| Durant Declaration | 7/16/25 | 1330-17 | 21-ER-5346–5350 |

| Description of Document | Filed | Docket | Page Numbers |
|---|---|---|---|
| Ex. A - Donna's designee of Durant as Board Member | 7/16/25 | 1330-18 | 21-ER-5351–5351 |
| Miesen's Revised Reply in Support of 2nd Motion for Fees and Costs | 7/22/25 | 1332 | 21-ER-5352–5368 |
| Trout's application for fees and costs | 1/14/26 | 1338 | 21-ER-5369–5372 |
| Trout's Affidavit | 1/14/26 | 1338-1 | 21-ER-5373– 5381 |
| John, Connie, Beck, Cashman, et al.'s Answer and Cross Claims against GemCap | 12/4/17 | 290 | 21-ER-5382– 5389 |
| Ex. L. – HTEH's summary of expert witness payments | 2/20/21 | 1100-12 | 21-ER-5390 |
| Ex. 1 – Select pages of John's Rule 54(b) deposition | 9/22/22 | 1260-2 | 21-ER-5391–5409 |
| Miesen's memo in support of motion to amend complaint | 5/29/16 | 131-1 | 21-ER-5410–5415 |
| Ex. A – proposed second amended complaint | 5/29/16 | 131-2 | 21-ER-5416– 5473 |
| **VOLUME - 22** | | | |
| Miesen's Second Amended Notice of Appeal | 8/19/25 | 1336 | 22-ER-5475–5477 |
| Printout of all case dockets | 1/16/26 | N/A | 22-ER-5478–5615 |