UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JAN 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DALE L. MIESEN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> R. JOHN TAYLOR; et al., <br><br> Defendants - Appellees. | No. 25-3552 <br><br> D.C. No. <br> 1:10-cv-00404-DCN <br> District of Idaho, <br> Boise <br><br> ORDER |
| DALE L. MIESEN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> R. JOHN TAYLOR; et al., <br><br> Defendants - Appellees, <br><br> v. <br><br> REED J. TAYLOR, <br><br> Third-party-defendant - <br> Appellee. | No. 25-3800 <br> D.C. No. <br> 1:10-cv-00404-DCN <br> District of Idaho, <br> Boise |

The motion (Docket Entry No. 24) to file an oversized consolidated opening brief is denied. *See* 9th Cir. R. 32-2; *see also* Circuit Advisory Committee Note to Rule 32-2 ("In almost all cases, the limits provided suffice even for multiple or complex issues. Most overlength briefs could be shorter and unnecessarily burden

the Court."). The clerk will strike the brief at Docket Entry No. 22. Appellant must submit a consolidated opening brief that complies with the length limits in Ninth Circuit Rule 32-1 by January 30, 2026. The answering briefs are due March 2, 2026. The optional consolidated reply brief is due 21 days after the last answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT