UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DALE L. MIESEN,

       Plaintiff - Appellant,

  v.

R. JOHN TAYLOR; et al.,

       Defendants - Appellees.

No. 25-3552

D.C. No. 1:10-cv-00404-DCN
District of Idaho,
Boise

ORDER

DALE L. MIESEN,

       Plaintiff - Appellant,

  v.

R. JOHN TAYLOR; et al.,

       Defendants - Appellees,

  v.

REED J. TAYLOR,

       Third-pty-defendant -
Appellee.

No. 25-3800

D.C. No. 1:10-cv-00404-DCN
District of Idaho,
Boise

The motion (Docket Entry No. 28) for leave to file a replacement opening

brief is granted. The clerk will strike the opening brief at Docket Entry No. 26 and

file the replacement opening brief at Docket Entry No. 29.

The answering briefs are now due March 9, 2026. The optional consolidated

reply brief is due 21 days after the last answering brief is served.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-3552