**Consolidated Case Nos. 25-3552 and 25-3800**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DALE L. MIESEN,

**Plaintiff/Appellant,**

v.

R. JOHN TAYLOR, CONNIE TAYLOR HENDERSON, JAMES BECK, MICHAEL W. CASHMAN, SR., CROP USA INSURANCE AGENCY, INC., CROP USA INSURANCE SERVICES, LLC, AIA SERVICES CORPORATION, AND AIA INSURANCE, INC.,

**Defendants/Appellees,**

and

Reed J. Taylor, an individual,

**Third-Party Defendant/Appellee.**

## DEFENDANTS/APPELLEES VERIFIED AGREED MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND SUPPORTING DECLARATION

Daniel Loras Glynn, ISB #5113
JONES ♦ WILLIAMS ♦ FUHRMAN ♦ GOURLEY, P.A.
225 N. 9th Street, Suite 820
Boise, ID 83701
Telephone:  (208) 331-1170
dglynn@idalaw.com
Attorney for Defendants/Appellees James Beck, Michael Cashman, Connie Henderson, John Taylor, Crop USA
Insurance Agency, Inc., and Crop USA
Insurance Services, LLC

Kim J. Trout, ISB #2468
Alyssa R. Jones, ISB #12181
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID  83703
Telephone (208) 577-5755
service@trout-law.com
Attorneys for Defendants/Appellees AIA
Services Corporation & AIA Insurance, Inc.

## TABLE OF CONTENTS

TABLE OF CONTENTS..................................................................................II

I. FACTS AND RELIEF SOUGHT.................................................. 1

II. GROUNDS AND LEGAL ARGUMENT ...................................... 2

    1. THE OTHER PARTIES HAVE AGREED TO THIS MOTION...........................................2

    2. THIS COURT SHOULD GRANT DEFENDANTS/APPELLEE'S AGREED MOTION REQUESTING A TEN-DAY EXTENSION OF TIME TO FILE HIS BRIEF AND SUPPLEMENTAL EXCERPTS OF THE RECORD. ....................................................................2

III. CONCLUSION......................................................................3

IV. DECLARATION AND VERIFICATION .................................... 4

V. CERTIFICATE OF SERVICE.................................................... 6

## I.   FACTS AND RELIEF SOUGHT

Defendants/Appellees R. JOHN TAYLOR, CONNIE TAYLOR HENDERSON, JAMES BECK, MICHAEL W. CASHMAN, SR. (collectively the "Individual Defendants"), CROP USA INSURANCE AGENCY, INC. and CROP USA INSURANCE SERVICES, LLC, (collectively the "CropUSA Entities"), and AIA SERVICES CORPORATION and AIA INSURANCE, INC. (collectively the "AIA Parties") has previously obtained one streamlined extension but has not sought any additional extensions of time.[1]

Counsel for the Individual Defendants and the CropUSA Entities have been working with counsel for the AIA Parties to prepare a joint brief addressing the issues raised in the Appellants' Opening Brief.  The Appellee's counsel believed they could complete the opening brief and the supplemental excerpts of record in the time provided; however consolidating the arguments of all Appellees to address the issues identified by the Appellant which address a sixteen year litigation and docket that includes over a thousand distinct entries (approximately 3,200 documents) while staying within the page limitation necessitates counsel's request for a further brief extension of time to accomplish this task as well as prepare the necessary supplemental excerpts of record.

---

[1] Upon appeal, Appellant received an unopposed extension to file the Appellant's Brief from October 6, 2025 to December 5, 2025. (Order dated October 31, 2025). The deadline for the filing of the Appellant's Brief was thereafter further extended to January 20, 2026. (Order dated December 2, 2026).

Accordingly, the Defendants/Appellees request an extension of ten days to prepare and file the appellees' brief and supplemental excerpts of record. This motion has been agreed to by counsel for Appellant. If this Court agrees, the new due date would be April 17, 2026.

## II.   GROUNDS AND LEGAL ARGUMENT

### 1.  The other parties have agreed to this motion.

Opposing counsel has confirmed that this Motion is an agreed Motion.

### 2. This Court should grant Defendants/Appellee's agreed motion requesting a ten-day extension of time to file his brief and supplemental excerpts of the record.

The Defendants/Appellees request an extension of an additional 10 days, until April 17, 2026, to file their combined brief and any supplemental excerpts of the record. This request is unopposed.

"[A]n extension of time may be granted only upon written motion supported by a showing of diligence and substantial need." 9th Cir. Rule 31-2.2(b).

Here, this Court should grant the extension of time because the following establish that the Appellees' counsel has been diligently working on the brief and there is a substantial need for the brief ten-day extension. The Appellant's opening brief contains over 185 footnotes with multiple footnotes referencing multiple excerpts of record. In addition, the excerpt of record is comprised of 5,618 pages in 22 volumes. The size of the excerpts of record along with the size of the record in the district court have made the drafting of the Appellees' brief quite extensive.

The issues as framed are quite time consuming to address, with numerous factual assertions that require an in-depth analysis of the asserted errors and why the underlying Court should be affirmed. Due to the number of records below with a case that has lasted longer than 15 years, it has been quite time consuming to address the facts and the number of filings in the district court.

The writing of the brief has been complicated by the fact that Mr. Glynn first appeared in this case in 2018 and Trout & Jones, PLLC first appeared in this matter in 2020, while this appeal involves a record that dates to 2010. Therefore, it is requiring additional time to address the extensive record to compile a final brief.

## III. <u>CONCLUSION</u>

The Appellees request the Court grant the unopposed motion.

RESPECTFULLY SUBMITTED: April 5, 2026.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

Trout & Jones, PLLC

_____/s/ Daniel Loras Glynn_____
Daniel Loras Glynn
Attorney for the Individual Defendants
and the CropUSA Parties

_____/s/ Alyssa R. Jones_____
Alyssa R. Jones
Attorney of the AIA Defendants

## IV.  <u>DECLARATION AND VERIFICATION</u>

I, Daniel Loras Glynn, declare:

1.  I am a citizen of the United States and competent to testify in court, including as to the matters in this declaratrion and verification.

2.  I am the counsel for following parties: R. JOHN TAYLOR, CONNIE TAYLOR HENDERSON, JAMES BECK, MICHAEL W. CASHMAN, SR. (collectively the "Individual Defendants"), CROP USA INSURANCE AGENCY, INC. and CROP USA INSURANCE SERVICES, LLC, (collectively the "CropUSA Entities").

3.  Kim J. Trout and Alyssa R. Jones are the counsel for the following parties: AIA SERVICES CORPORATION and AIA INSURANCE, INC. (collectively the "AIA Parties").

4.  Appellees' brief is currently due on April 8, 2026.

5.  Appellees sought a streamlined request for an extension of time, which was granted.

6.  The Appellees are hereby requesting an additional 10-day extension of time to complete the appellees' brief and any supplemental excerpts of record.

7.  Counsels for the AIA Parties, the Individual Defendants, and CropUSA Entities have been diligently working jointly to identify supplemental excerpts of record and present a consolidated Respondent's Brief to address all matters raised in

Appellant's Brief, but such task given the voluminous nature of the record and the issue presented has become far more laborious than originally anticipated.

8. This matter has been in litigation since 2010 and the underlying record is extensive. Due to the extensive nature of the underlying matter, consisting of over 1,000 docket entries which inclusive of sub-dockets includes over approximately 3,500 distinct documents, the history of this case is extensive and has taken extensive time to prepare the statement of the case and address the legal arguments in a joint, consolidated and within page limitation manner.

9. The AIA Parties' counsel and I have exercised diligence and firmly believe we can finalize the Appellees' brief by April 17, 2026.

10. I have read the contents of this motion and this verification, which are true and correct for purposes of verifying the facts in the motion.

> I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 5, 2026.

/s/ Daniel Loras Glynn
Daniel Loras Glynn
Attorney for the Individual
Defendants and the CropUSA Parties

## V.     CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing and any attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system, which will cause all registered case participants to be served via the Appellate Electronic Filing system.

Dated: April 5, 2026.

/s/ Daniel Loras Glynn

Daniel Loras Glynn
Attorney for the Individual
Defendants and the CropUSA Parties