Nos. 25-3552, 25-3800

# In the United States Court of Appeals
# for the Ninth Circuit

DALE L. MIESEN,

*Plaintiff-Appellant,*

v.

R. JOHN TAYLOR, CONNIE TAYLOR HENDERSON, JAMES BECK, MICHAEL W. CASHMAN, SR., CROP USA INSURANCE AGENCY, INC., CROP USA INSURANCE SERVICES, LLC, AIA SERVICES CORPORATION, AND AIA INSURANCE, INC.,

*Defendants-Appellees,*

AND
REED J. TAYLOR, AN INDIVIDUAL,

*Third-Party Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Idaho
Hon. David Nye

## SUPPLEMENTAL EXCERPTS OF RECORD

Daniel Loras Glynn (ISB # 5113)
JONES WILLIAMS FUHRMAN
GOURLEY, P.A.
225 N. 9th St., Ste. 820
Boise, ID 83701
(208) 331-1170
dglynn@idalaw.com
*Attorney for Defendants-Appellees*
James Beck, Michael Cashman, Connie
Henderson, John Taylor, Crop USA
Insurance Agency, Inc., and Crop USA
Insurance Services, LLC

Kim J. T rout (ISB #2468)
Alyssa R. Jones (ISB #12181)
TROUT & JONES, PLLC
3778 N. Plantation River Dr., Ste. 101
Boise, ID 83703
(208) 577-5755
service@trout-law.com
*Attorneys for Defendants-Appellees*
AIA Services Corporation & AIA
Insurance, Inc.

**Index Volume**                                                    **SER 1**

# Table of Contents

| Exhibit | Description | Date | Vol. | Page |
|---|---|---|---|---|
| 01 | [Dkt 1223] Declaration of R. John Taylor in Response to PL Motion to Approve Settlement and Fees and Costs | 07/08/2022 | 1 | 2 |
| 02 | [Dkt 1072] Declaration of R. John Taylor ISO Motion for Summary Judgment | 01/29/2021 | 1 | 15 |
| 03 | [Dkt 1069] Motion to Exclude PL Expert Witness Richard McDermott Re Expert Contingency Fee | 01/29/2021 | 1 | 31 |
| 04 | [Dkt 1069-1] Memo ISO Motion to Exclude PL Expert re Contingency Fee | 01/29/2021 | 1 | 34 |
| 05 | [Dkt 1068] Motion to Exclude Testimony of Richard McDermott | 01/29/2021 | 1 | 52 |
| 06 | [Dkt 1068-1] Memo ISO Motion to Exclude Testimony of Richard McDermott | 01/29/2021 | 1 | 54 |
| 07 | [Dkt 186] DF J. Taylor Declaration ISO Opp to Motion to Amend Complaint | 11/28/2016 | 1 | 75 |
| 08 | [Dkt 186-3] Exhibit C - DF J. Taylor Declaration ISO Opp to Motion to Amend Complaint | 11/28/2016 | 1 | 78 |
| 09 | [Dkt 186-2] Exhibit B - DF J. Taylor Declaration ISO Opp to Motion to Amend Complaint | 11/28/2016 | 1 | 80 |

| Exhibit | Description | Date | Vol. | Page |
|---|---|---|---|---|
| 10 | [Dkt 186-1] Exhibit A - DF J. Taylor Declaration ISO Opp to Motion to Amend Complaint | 11/28/2016 | 1 | 93 |
| 11 | [Dkt 185] DF Brief in Opp to Motion to Amend Complaint | 11/28/2016 | 1 | 104 |
| 12 | [Dkt 182] PL Motion to Amend and Supplement Complaint | 11/04/2016 | 1 | 123 |
| 13 | [Dkt 182-3] Exhibit B Motion to Amend and Supplement Complaint - Second Amended Complaint | 11/04/2016 | 1 | 126 |
| 14 | [Dkt 182-2] Exhibit A Motion to Amend and Supplement Complaint - Third Amended Complaint | 11/04/2016 | 2 | 222 |
| 15 | [Dkt 182-1] PL Memorandum ISO Motion to Amend and Supplement Complaint | 11/04/2016 | 2 | 306 |
| 16 | [Dkt 148] Reply ISO of Motion to Dismiss Pursuant to F.R.C.P 12b1 | 08/09/2016 | 2 | 312 |
| 17 | [Dkt 148-2] Exhibit A Declaration of Loren C. Ipsen ISO Reply in Motion to Dismiss Pursuant to F.R.C.P 12b1 | 08/09/2016 | 2 | 323 |
| 18 | [Dkt 148-1] Declaration of Loren C. Ipsen ISO Reply in Motion to Dismiss Pursuant to F.R.C.P 12b1 | 08/09/2016 | 2 | 334 |
| 19 | [Dkt 83-2] Exhibt B to Amended Complaint in AIA v. Durant | 12/03/2012 | 2 | 336 |
| 20 | [Dkt 67-42] Exhibit 41 Shareholder Demand | 07/30/2012 | 2 | 370 |
| 21 | [Dkt 67-33] Exhibit 32 Shareholder Demand | 07/30/2012 | 2 | 414 |

SER 3

| Exhibit | Description | Date | Vol. | Page |
|---|---|---|---|---|
| 22 | [Dkt 23] First Amended Complaint | 11/22/2010 | 2 | 415 |
| 23 | [Dkt 23-9] Demand Letter Amended Complaint | 11/22/2010 | 2 | 452 |
| 24 | [Dkt 23-8] Exhibit G First Amended Complaint | 11/22/2010 | 2 | 456 |
| 25 | [Dkt 23-7] Exhibit F First Amended Complaint | 11/22/2010 | 2 | 457 |
| 26 | [Dkt 23-6] Exhibit E First Amended Complaint | 11/22/2010 | 2 | 461 |
| 27 | [Dkt 23-5] Exhibit D First Amended Complaint | 11/22/2010 | 2 | 462 |
| 28 | [Dkt 23-4] Exhibit C First Amended Complaint | 11/22/2010 | 2 | 464 |
| 29 | [Dkt 23-3] Exhibit B First Amended Complaint | 11/22/2010 | 2 | 466 |
| 30 | [Dkt 23-2] Exhibit A First Amended Complaint | 11/22/2010 | 2 | 469 |
| 31 | [Dkt 23-1] First Amended Complaint Verification | 11/22/2010 | 2 | 470 |

**SER 4**