

TELEPHONE 509-455-7100
WWW.CAMPBELL-BISSELL.COM
CORBET - ASPRAY HOUSE
820 W. 7TH AVENUE · SPOKANE, WA 99204

April 15, 2026

**<u>Sent via CM/ECF</u>**

9th Circuit Court of Appeals
1010 Fifth Avenue
Seattle, WA 98104

    Re:    Miesen v. Taylor, et al; Case No. 25-3800

To Whom It May Concern,

    This letter provides notice that Third Party Appellee, Reed J. Taylor, will not be filing an Answering Brief to Appellant, Dale L. Miesen's Opening Brief.

                Yours very truly,

                CAMPBELL & BISSELL, PLLC

                */s/ Michael S. Bissell*
                MICHAEL S. BISSELL

MSB:nmr