# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** [                                        ]

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** [                                        ]

**Case Name** [                                        ]

**Lower Court or Agency Case Number** [                                        ]

What is your name? [                                        ]

1. **What** do you want the court to do?

[                                        ]

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

[                                        ]

Your mailing address:

[                                        ]

City [                    ] State [    ] Zip Code [                ]

Prisoner Inmate or A Number (if applicable) [                ]

**Signature** [                    ] **Date** [                ]

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 27**  *New 12/01/2018*